Eeade, J.
 

 The question involved in this case is whether a purchaser for value and without notice, under a deed in trust which secures debts some of which are fictitious, obtains a good title as against the creditors of the fraudulent trustor.
 

 The case of
 
 Shober
 
 v.
 
 Hauser,
 
 4 Dev. & Bat., 91, decides that a purchaser without notice under a deed to secure a usurious debt gets no title.
 
 Brannock
 
 v.
 
 Brannock,
 
 10 Ire., 428, is much to the same effect, except that the latter case sustains the validity of such a deed where some of the debts secured are
 
 bona, fide.
 

 After the decision in the case of
 
 Shober
 
 v.
 
 Hauser,
 
 and probably in consequence of it, an act was passed to save purchasers without notice under fraudulent trusts. Rev. Code, ch. 50, sec. 5. That act provides that no conveyance, or mortgage made to secure the payment of any debt, or the performance of any contract, shall be deemed void, as against a purchaser for valuable or other good consideration, by reason that the consideration of said debt is unlawful, if the purchaser had no notice of the unlawful consideration. This statute, and the case of
 
 Brannock
 
 v.
 
 Brannock,
 
 are decisive of this case.
 

 There is no error.
 

 Per Curiam. Judgment affirmed.